UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ANDRE VANCE POWELL,

    Plaintiff,

    v.      CAUSE NO. 3:20-CV-698-JD-MGG

CHARLES BOWEN and CRISTINA STOBAUGH,

    Defendants.

## OPINION AND ORDER

Charles Bowen and Cristina Stobaugh, by counsel, filed a motion asking for additional time to file a response to the complaint because of "the length of Plaintiff's Complaint and the issues he raises against multiple Defendants." ECF 38 at 1. This is confusing. Andre Vance Powell, a prisoner without a lawyer, is only proceeding against two defendants on two retaliation claims which allegedly occurred on September 24, 2018. *See* ECF 30. Though the complaint included other claims, they were dismissed pursuant to 28 U.S.C. § 1915A. *Id*. Moreover, pursuant to N.D. Ind. L.R. 10-1(b), the defendants do not need to individually respond to each paragraph of the complaint.

For these reasons, the motion (ECF 38) is GRANTED only to the extent the deadline to respond is ENLARGED to **January 11, 2022**.

SO ORDERED on December 22, 2021

            s/Michael G. Gotsch, Sr.
            Michael G. Gotsch, Sr.
            United States Magistrate Judge
            UNITED STATES DISTRICT COURT